UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE ALAN MAHONEY,

    Plaintiff,

v.

STEVE HAMMOND et al.,

    Defendants.

CASE NO. C11-5751-RBL-JRC

ORDER TO SHOW CAUSE OR AMEND

This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has been granted leave to proceed in forma pauperis. Review of the proposed complaint shows that plaintiff has not exhausted the prison administrative grievance procedures available to him (ECF No. 1, proposed complaint page 2).

The Prison Litigation Reform Act ("PLRA" or "the Act") requires plaintiff to exhaust whatever administrative remedies are available to him prior to filing a complaint in federal court. The relevant portion of the Act states:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

42 U.S.C. § 1997e(a).

Here, plaintiff filed this action while incarcerated and the PLRA applies to him. See 42 U.S.C. §1997e(h). The statute defines "prisoner" to include any person confined in a facility for a violation of criminal laws, including persons accused of or convicted of crimes.

Having determined that the PLRA applies to plaintiff, it is clear he did not exhaust his available remedies (ECF No. 1, proposed complaint page 2). Plaintiff is ordered to show cause why this action should not be DISMISSED WITHOUT PREJUDICE PRIOR TO SERVICE. Plaintiff may file an amended complaint curing this defect if he believes he has grounds to do so. Otherwise, a response to this order will be due on or before November 4, 2011. Failure to response or an inadequate response may result in a Report and Recommendation that this action be dismissed either for failure to exhaust administrative remedies, or for failure to respond to a court order.

Dated this 3rd day of October, 2011.

J. Richard Creatura
United States Magistrate Judge