UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE ALAN MAHONEY,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVE HAMMOND.<br><br>          Defendant. | CASE NO. C11-5751-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #10], and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation; and

    (2)    This action is dismissed without prejudice for failure to exhaust administrative remedies.  All currently pending motions are denied.

DATED this 21st day of November, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE