UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE ALAN MAHONEY,

        Plaintiff,

v.

STEVE HAMMOND.

        Defendant.

CASE NO. C11-5751-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #10], and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation; and

(2)    This action is dismissed without prejudice for failure to exhaust administrative remedies. All currently pending motions are denied.

DATED this 21st day of November, 2011.

                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1