HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE ALAN MAHONEY, | CASE NO. C11-5751RBL |
| Plaintiff, | ORDER |
| v. | |
| STEVE HAMMOND and JANE DOE SMITH, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Notice of Appeal [Dkt. #13]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

For the reasons stated in the Report and Recommendation dismissing this case [Dkt. #9], this appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

**IT IS SO ORDERED.**

ORDER- 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, to any party
2   appearing pro se, and to the United States Court of Appeals for the Ninth Circuit.
3   Dated this 15th day of December, 2011.

Dated this 15th day of December, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 2